# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| WESLEY BRIAN KASTER ) | Case No. |
| [DOB:  01/27/1977] ) | 19-3008-MJ-WJE |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 10, 2019  in the county of  Boone  in the  Western  District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(f)(1) | by maliciously damaging or destroying, or attempting to damage or destroy, by means of fire or an explosive, any building, vehicle, or other personal or real property in whole or in part owned or possessed by any institution or organization receiving Federal financial assistance. |

This criminal complaint is based on these facts:

See the attached affidavit of Special Agent Curtis J. Bryant, Federal Bureau of Investigation.

☑ Continued on the attached sheet.

*Complainant's signature*

SA Curtis J. Bryant, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/04/2019

*Judge's signature*

City and state:  Jefferson City, Missouri

Willie J. Epps, Jr.
*Printed name and title*